In the Matter of the Application of STEPHEN M. HALL, Appellant, for the Voluntary Dissolution of the Corporation TIFFANY, HALL & COMPANY, INC.

EARL H. TIFFANY, Respondent.

*Corporations — dissolution — order to show cause why corporation should not be dissolved properly vacated.*

*Matter of Hall*, 191 App. Div. 943, affirmed.

(Argued June 2, 1920; decided July 7, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1920, which affirmed an order of Special Term setting aside an order to show cause why the corporation of Tiffany, Hall & Company, Inc., should not be dissolved and for the appointment of a referee therein. The proceeding was brought upon the theory that the stock of the corporation was equally divided into not more than two independent ownerships or interests. The Special Term held that it concededly appeared that the stock was not evenly divided and, therefore, vacated the order to show cause.

*Leon R. Jillson* for appellant.

*Julius M. Lowenstein* and *William H. Orr* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, POUND, CRANE and ANDREWS, JJ. Not voting: CARDOZO, J.